

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00032-CR

JARED STEVEN LAWSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 29014

Before Morriss, C.J., Stevens and van Cleef, JJ.

ORDER

Our review of Appellant's brief in this matter indicates that it contains un-redacted "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b). Sensitive data includes "the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The Appellant's brief includes the real names of child victims mentioned during trial.

"Sensitive data must be redacted by using the letter "X" in place of each omitted digit or character or by removing the sensitive data in a manner indicating that the data has been redacted." TEX. R. APP. P. 9.10(d). To protect the identity of the child victims, we hereby strike the Appellant's brief and order that it be redacted in accordance with Section 9.10 of the Texas Rules of Appellate Procedure. We further order that Appellant's properly redacted brief be refiled on or before September 9, 2022.

IT IS SO ORDERED.

BY THE COURT

Date:   September 2, 2022